UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE HURRICANE SANDY CASES                          :        14 MC 41
                                                     :
------------------------------------------------------------------------X
THIS DOCUMENT APPLIES TO:                            :
                                                     :
Docket No. 2:15-cv-06912-JMA-SIL                     :
                                                     :
(Joseph Barbosa v. The Standard Fire Insurance Company)  :
                                                     :
------------------------------------------------------------------------X

## JOINT STATUS REPORT

Plaintiff, Joseph Barbosa, and Defendant, The Standard Fire Insurance Company ("Standard Fire"), submit this joint status report in accordance with this Court's order of November 1, 2016. This matter was previously submitted into to the IA/PA process, and, on February 2, 2017, Standard Fire provided Plaintiff with a tentative settlement offer, subject to FEMA concurrence, based upon the IAPA report and its engineer's recommendations. Plaintiff has indicated that he needs additional time to review and respond to the tentative settlement offer. In light of the foregoing, the Parties request until February 20, 2017, to advise the Court whether this matter has settled.

Dated:  February 6, 2017

| | |
|---|---|
| **DENIS G. KELLY & ASSOCIATES, P.C** | **LUGENBUGHL, WHEATON, PECK, RANKIN & HUBBARD** |
| By: /s/ Denis G. Kelly<br>Denis G. Kelly, Esq.<br>74 West Park Avenue<br>Long Beach, New York 11531<br>Telephone: (516) 897-0800<br>D.Kelly@KellyNYLaw.com<br><br>*Attorneys for Plaintiff, Joseph Barbosa* | By: /s/ Tina L. Kappen<br>Seth Schmeeckle, Esq.<br>Tina L. Kappen, Esq.<br>C. Austin Holliday, Esq.<br>9311 Bluebonnet Blvd., Suite A<br>Baton Rouge, Louisiana 70810<br>Telephone: (504) 568-1990<br>sschmeeckle@lawla.com<br><br>-and-<br><br>**CARTER LEDYARD & MILBURN LLP**<br>Judith A. Lockhart, Esq.<br>Two Wall Street<br>New York, NY   10005<br>Telephone: (212) 732-3200<br>lockhart@clm.com |